# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | * |
| | * |
| **BYRON F DAVID**, | *     **Case No. 18-12396-KHK** |
| | *     Chapter 13 |
| Debtor. | * |

## ORDER GRANTING MOTION TO RECONSIDER, APPROVING APPLICATION TO EMPLOY COUNSEL, AND APPROVING REQUESTED COMPENSATION AND EXPENSE REIMBURSEMENT

The matter before the Court is the application of Donald F. King, the chapter 11 trustee (the "**Trustee**") to employ counsel ("**Application**") and the motion of the Trustee to reconsider this Court's September 30, 2020 order (the "**September 30 Order**") granting in part and denying in part the final application of Odin, Feldman & Pittleman, P.C. for compensation and reimbursement of expenses (the "**Motion to Reconsider**"). A hearing on the Application and Motion was held on November 12, 2020. Bradley D. Jones appeared for the Trustee and Matthew L. Clark appeared for Byron F. David. The Court having considered the arguments of counsel, the briefing submitted by the parties, the entire record of this case, and for the reasons stated on the record at the conclusion of the November 12 hearing, and good cause having been shown, it is hereby:

_____

**DONALD F. KING (VSB No. 23125)**
**BRADLEY D. JONES (VSB No. 85095)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Direct:  703-218-2116 (Mr. King)
         703-218-2176 (Mr. Jones)
Fax:     703-218-2160
Email:   donking@ofplaw.com
         Brad.Jones@ofplaw.com

ORDERED that the chapter 11 Trustee is authorized to employ the law firm of Odin, Feldman & Pittleman, P.C., generally, as attorneys for the Trustee and the estate, effective as of November 12, 2020; it is further

ORDERED that the Trustee's Motion to Reconsider is granted. The Court will reconsider those portions of the September 30 Order (Dkt. No. 291) that denied fees sought by Odin, Feldman & Pittleman, P.C. for work performed while this case was pending in chapter 11 for the reasons stated by the Court on the record at the November 12 hearing. The remaining portions of the September 30 Order remain in effect; it is further

ORDERED that the Court approves final application for the payment of compensation to Odin, Feldman & Pittleman, P.C. in the amount of $42,198.00. The Court also approves the request for reimbursement of expenses for Odin, Feldman & Pittleman, P.C. in the amount of $70.00. The compensation and expense reimbursements are approved on a final basis; it is further

ORDERED that the Trustee is authorized to pay such approved compensation and is further directed to file his Final Report within fifteen days of the entry of this order.

Date: Nov 24 2020
Alexandria, Virginia

/s/ Klinette H Kindred
**KLINETTE H. KINDRED**
U. S. Bankruptcy Judge

Entered on docket: November 24, 2020

2

I ask for this:

    */s/ Bradley D. Jones*
**Donald F. King (VSB No. 23125)**
**Bradley D. Jones (VSB No. 85095)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Direct:**   703-218-2116 (Mr. King)
             703-218-2176 (Mr. Jones)
**Fax:**     703-218-2160
**Email:**  donking@ofplaw.com
           Brad.Jones@ofplaw.com

**Seen:**

*/s/ Thomas P. Gorman*
Thomas P. Gorman (VSB No. 26421)
300 N. Washington St. Ste. 400
Alexandria, VA 22314
Phone: (703) 836-2226

*Chapter 13 Trustee*

### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

   I certify that a copy of this Order was served on counsel for Byron David and the chapter 13 trustee on November 13, 2020 and November 19, 2020, via email. The chapter 13 Trustee has endorsed this order. The Debtor and the chapter 11 trustee were unable to agree on the form of order and will be submitting competing orders.

               */s/ Bradley D. Jones*
               Bradley D. Jones

**PARTIES TO RECEIVE NOTICE OF ENTRY**
Counsel to the Debtor (via Notice of Electronic Filing)
Counsel to the US Trustee (via Notice of Electronic Filing)

#4785735v1  089071/000001

4